Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorney for Plaintiff
J & J Sports Productions, Inc.

FILED

E-FILING

ORIGINAL

2008 APR -8 P

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

JF

## UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

C08  01871

HRL

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. _____ |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| JOSE EDUARDO OROZCO, SANDRA OROZCO, GARY CRAIG ROVAI and LYNNE C. ROVAI, INDIVIDUALLY and d/b/a PUERTO AZUL RESTAURANT; and GOOSETOWN INC., an unknown business entity d/b/a PUERTO AZUL RESTAURANT, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

**PARTIES**

***Plaintiff, J & J Sports Productions, Inc.***
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile: (626) 799-9795

***Defendant***, Jose Eduardo Orozco, individually and d/b/a Puerto Azul Restuarant

1072 Lincoln Avenue
San Jose, CA 95125

***Defendant***, Sandra Orozco, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Avenue
San Jose, CA 95125

***Defendant***, Gary Craig Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Avenue
San Jose, CA 95125

***Defendant***, Lynne C. Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Avenue
San Jose, CA 95125

///

///

///

///

1    **_Defendant_**, Goosetown, Inc., an unknown business entity d/b/a Puerto Azul Restaurant

2

3    1072 Lincoln Avenue
San Jose, CA 95125

4

5

6

7    Dated:   4/7/08

8                          **LAW OFFICE OF THOMAS P. RILEY, P.C.**

9                          By: Thomas P. Riley
Attorney of Record for

10                          J & J Sports Productions, Inc.

11    ///

12    ///

13    ///

14

15    ///

16    ///

17    ///

18    ///

19

20    ///

21    ///

22    ///

23    ///

24    ///

25

26    ///

27    ///

28