AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 08-1871 JF

V.

Jose Eduardo Orozco, Sandra Orozco, Gary Craig
Rovai and Lynne C. Rovai, individually and d/b/a
Puerto Azul Restaurant; Goosetown, Inc., an
unknown business entity d/b/a Puerto Azul Restaurant

TO:

Lynne C. Rovai
1072 Lincoln Avenue
San Jose, CA 95125

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.
You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

APR 1 5 2008

_____
CLERK

_____
DATE

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK