| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br>PUERTO AZUL 04/09/08 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT

OROZCO

| PROOF OF SERVICE | DATE: | TIME | DEPT/DIV | CASE NUMBER:<br>C 08-1871 JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

3. a. Party served: JOSE EDUARDO OROZCO, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT

4. Address where the party was served:   4603 ROYAL GARDEN PLACE, #4
   (Residence)   SAN JOSE, CA  95136

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   May 8, 2008 at 12:05 pm
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

/s/ M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07

PROOF OF SERVICE

10C30-4/asgerp