| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref No. or File No<br>PUERTO AZUL 04/09/08 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT
OROZCO

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C 08-1871 JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

3. a. Party served:  SANDRA OROZCO, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT

4. Address where the party was served:  4603 ROYAL GARDEN PLACE, #4
   SAN JOSE, CA 95136

5. I served the party
   b. **by substituted service.** On: May 9, 2008 at: 07:20 pm I left the documents listed in item 2 with or in the presence of  PATTE TORREZ - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

                                                                    M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07                     PROOF OF SERVICE                            10C30-5/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):   PLAINTIFF | PUERTO AZUL 04/09/08 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT
OROZCO

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C 08-1871 JF |
|---|---|---|---|---|

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   SANDRA OROZCO, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT

Residence:   4603 ROYAL GARDEN PLACE, #4, SAN JOSE, CA 95136

Business:   Business address was not known at the time of service.

As enumerated below:

May 7, 2008   08:40 pm
    NO ANSWER (RESIDENCE).
May 8, 2008   12:05 pm
    NOT HOME (RESIDENCE) PER OCCUPANT.
May 9, 2008   06:45 am
    NO ANSWER (RESIDENCE).
May 9, 2008   07:19 pm
    NOT HOME (RESIDENCE) PER PATTE TORREZ, CO-OCCUPANT.
May 9, 2008   07:20 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.

Person who served papers
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
   independent contractor
   Registration No.: 617
   County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

_____
M. WEEKER

Judicial Council form POS-010        DECLARATION REGARDING DILIGENCE        10030-6/asds

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.: | |
| ATTORNEY FOR (Name): PLAINTIFF | PUERTO AZUL 04/09/08 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
OROZCO

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1871 JF |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 12, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

SANDRA OROZCO, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT
4603 ROYAL GARDEN PLACE, #4
SAN JOSE, CA 95136

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
employee
Registration No.: 5211
County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2008

/s/ M. MANCHESTER

Judicial Council form POS-010    PROOF OF SERVICE BY MAIL    10030-5/asopmail

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 08-1871 JF

V.

Jose Eduardo Orozco, Sandra Orozco, Gary Craig Rovai and Lynne C. Rovai, individually and d/b/a Puerto Azul Restaurant; Goosetown, Inc., an unknown business entity d/b/a Puerto Azul Restaurant

TO:

Sandra Orozco
1072 Lincoln Avenue
San Jose, CA 95125

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

APR 1 5 2008

DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served Personally upon the Defendant. Place where served: ................................................................
  ................................................................

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left

- ☐ Returned unexecuted:

- ☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       __  _____
             Date                                Signature of Server

                                             _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.