| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name): PLAINTIFF | PUERTO AZUL REST. 4/9/05 | |

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
OROZCO

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C 08-1871 JF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

3. a. Party served: GARY CRAIG ROVAI, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT

4. Address where the party was served: 1072 LINCOLN AVENUE
   SAN JOSE, CA 95125

5. I served the party
   b. **by substituted service.** On: May 8, 2008 at: 03:58 pm I left the documents listed in item 2
   with or in the presence of MARK WILLER - PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. S. SOTO
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $95.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 5211
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 21, 2008

_S. Soto_
S. SOTO

Judicial Council form POS-010 Rev. 01/01/07    **PROOF OF SERVICE**    10030-1/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):    PLAINTIFF | PUERTO AZUL REST. 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT

OROZCO

| DECLARATION<br>RE: DILIGENCE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C 08-1871 JF |
|---|---|---|---|---|

I received the within process on May 5, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: GARY CRAIG ROVAI, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT

Residence: Residence address was not known at the time of service.

Business: 1072 LINCOLN AVENUE, SAN JOSE, CA 95125

As enumerated below:

May 8, 2008   03:58 pm
    NOT IN (BUSINESS).
May 10, 2008   11:30 am
    BUSINESS/OFFICE LOCKED.
May 13, 2008   03:00 pm
    NOT IN (BUSINESS).
May 15, 2008   04:09 pm
    NOT IN (BUSINESS) PER MARK WILLER, PERSON IN CHARGE.
May 15, 2008   04:10 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
S. SOTO
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server.
    independent contractor
    Registration No.: 5211
    County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 21, 2008

                                                                S. SOTO

Judicial Council form POS-010                    DECLARATION REGARDING DILIGENCE                 10030-1/asdc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net | |
| ATTORNEY FOR (Name):   PLAINTIFF | Ref. No. or File No.<br>PUERTO AZUL REST. 4/9/05 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA  94102

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

OROZCO

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1871 JF |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 9, 2008,** after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER DOCUMENTS; WELCOME TO USDC FOR THE NORTHERN DIST. OF CALIF. CLERK'S OFFICE; HEARING SCHEDULES; GENERAL ORDER NO.S' 40, 45, & 53; ECF REG. INFO.; ADR INFORMATION DOCUMENTS

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

GARY CRAIG ROVAI, INDIVIDUALLY AND D/B/A PUERTO AZUL RESTAURANT
1072 LINCOLN AVENUE
SAN JOSE, CA 95125

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $95.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 21, 2008

_/s/ M. Manchester_
M. MANCHESTER

Judicial Council form POS-010       PROOF OF SERVICE BY MAIL       10030-1/ascpmail