Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel:  408-779-5101
Fax: 408-779-6833
e-mail:  kpclaw@kpclaw.com

Attorney for Defendants
Jose Eduardo Orozco and
Sandra Orozco

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.: C 08 01871 |
| Plaintiff, | **ANSWER TO COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |
| vs. | |
| **JOSE EDUARDO OROZCO, et. al.,** | |
| **Defendants** | |

Defendants JOSE EDUARDO OROZCO and SANDRA OROZCO answer the complaint as follows:

**Responding to Allegations in the Complaint**

1.     Defendants admit the allegations in paragraphs 1, 2, 4, 5, 7, and 8.

2.     Defendants deny the allegations in paragraphs 16, 18, 19, 20, 23, 24, 25, 27, 28, and 29.

3.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 6, 9, 10, 11, 13, 14, and 15.

4.     Defendants admit that part of paragraph 3 alleging that this court has personal jurisdiction over the parties in this action.  Defendants specifically deny that they committed the

- 1

wrongful acts alleged in paragraph 3, and lack knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

5. Defendants admit that part of paragraph 17 alleging that Title 47 U.S.C. Section 605 prohibits the publication or use of certain communications, and lack knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

6. Defendants admit that part of paragraph 22 alleging that Title 47 U.S.C. Section 553 prohibits the unauthorized interception of certain communications. Defendants specifically deny that they committed the wrongful acts alleged in paragraph 22, and lack knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

**Failure to State a Claim**

7. The complaint fails to state a claim upon which relief can be granted.

**First Affirmative Defense-Statute of Limitations**

8. The plaintiff's claim is barred by the statute of limitations because it arose more than three years before this action was commenced. Plaintiff was in possession of all facts that would have put a reasonable person on notice of the claim asserted in this action no later than April 9, 2005.

**Second Affirmative Defense-Laches**

9. Plaintiff had notice of all the facts and of all the acts of the defendants set forth in the complaint and nevertheless refrained from commencing this action until April 15, 2008. As a result of this lengthy delay, these defendants have and will suffer prejudice in that some of the principal witnesses to the transaction may no longer be able to testify or give any evidence in support of the defendants. Plaintiff is, therefore, guilty of laches and, in equity, should be barred from maintaining this action.

/ / /

J & J SPORTS PRODUCTION, INC. v. OROZCO                    CASE NO. C 08 01871
ANSWER TO COMPLAINT

### Third Affirmative Defense-Failure to Mitigate Damages

10. Plaintiff has failed to mitigate or attempt to mitigate damages, if in fact any damages have been or will be sustained, and any recovery by plaintiff must be diminished or barred by reason thereof.

### Fourth Affirmative Defense-Consent

11. The plaintiff consented to and approved all the acts and omissions about which plaintiff now complains, and accordingly, plaintiff is barred from pursuing this action.

### Fifth Affirmative Defense-Waiver

12. By conduct, representations, and omissions, plaintiff has waived, relinquished and/or abandoned, and is equitably estopped to assert, any claim for relief against these defendants respecting the matters that are the subject of the complaint.

### Sixth Affirmative Defense-Unclean Hands

13. As a result of the acts and omissions in the matters relevant to this complaint, plaintiff has unclean hands and is therefore barred from asserting any claims against these answering defendants.

### Seventh Affirmative Defense-Pre-emption

14. Plaintiffs claim for conversion is pre-empted by the laws of the United States of America, including, but not necessarily limited to, 47 U.S.C. Section 553 and 47 U.S.C. Section 605.

### Eighth Affirmative Defense-47 U.S.C. Section 553(c)(3)(C)

15. Defendants were not aware and had no reason to believe that the acts complained of, which are denied, constituted a violation of 47 U.S.C. Section 553, and as such, plaintiff's damages, if any, should be limited as set forth in 47 U.S.C. Section 553(c)(3)(C).

### Ninth Affirmative Defense-47 U.S.C. Section 605(e)(3)(C)(iii)

16. Defendants were not aware and had no reason to believe that the acts complained of,

which are denied, constituted a violation of 47 U.S.C. Section 605, and as such, plaintiff's damages, if any, should be limited as set forth in 47 U.S.C. Section 605(e)(3)(C)(iii).

### Tenth Affirmative Defense-Estoppel

17.     Plaintiff is estopped from asserting that defendants wrongfully intercepted, published, divulged, exhibited or tortuously converted the property of plaintiff.  The plaintiff deliberately misled the defendants, to the detriment of the defendants, in that plaintiff knew that defendants intended to view the Program in dispute privately and knew that defendants did not intend the Program to be viewed by members of the public.  Plaintiff accepted payment for the Program with knowledge of the facts set forth in this paragraph, and wholly failed and neglected to inform the defendants that defendants' intended use of the Program in dispute was unauthorized.

### Prayer

Defendants pray judgment:

A.  That plaintiff take nothing by its complaint;

B.  That plaintiff's complaint be dismissed with prejudice and that judgment be entered for the defendants;

C.  That these defendants be awarded its costs of suit;

D.  That these defendants be awarded their reasonable attorney's fees; and

E.  That these defendants be granted any and all other relief that the court deems just and proper.

Dated: Thursday, June 05, 2008          By:

Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel:  408-779-5101
Fax:  408-779-6833
e-mail:  kpclaw@kpclaw.com

**DEMAND FOR JURY TRIAL**

Defendants JOSE EDUARDO OROZCO and SANDRA OROZCO demand trial by jury for all triable issues in this action.

Dated: Thursday, June 05, 2008    By: _____
Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel:  408-779-5101
Fax:  408-779-6833
e-mail:  kpclaw@kpclaw.com