Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
408-779-5101 (voice)
408-779-6833 (fax)

Attorney for Jose E. Orozco & Sandra Orozco

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jose Eduardo Orozco, Sandra Orozco, Gary Craig Rovai and Lynne C. Rovai, Individually and d/b/a Puerto Azul Restaurant; and Goosetown, Inc., an unknown business entity d/b/a Puerto Azul Restaurant,<br><br>Defendants | Case No.: C 08-1871<br><br>Certification As To Interested Parties |

The undersigned, counsel of record for defendants, Jose Eduardo Orozco & Sandra Orozco, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P. C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227
Telephone: (626) 799-9797
Facsimile: (626) 799-9795

*Defendant,* Jose Eduardo Orozco, individually d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125
c/o Kevin P. Courtney, Esq.
17415 Monterey Rd., Ste. 204
Morgan Hill, CA 95037
Telephone: (408) 779-5101
Facsimile: (408) 779-6833

*Defendant,* Sandra Orozco, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125
c/o Kevin P. Courtney, Esq.
17415 Monterey Rd., Ste. 204
Morgan Hill, CA 95037
Telephone: (408) 779-5101
Facsimile: (408) 779-6833

*Defendant,* Gary Craig Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125

*Defendant,* Lynne C. Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125

1. ***Defendant,*** Goosetown, Inc., an unknown business entity d/b/a Puerto Azul Restaurant
2. 1072 Lincoln Ave.
3. San Jose, CA 95125
4. Dated: 7/7/08
   
   *[signature]*
5. Law Offices of Kevin P. Courtney
6. By: Kevin P. Courtney
   Attorney of Record for Jose Orozco
   & Sandra Orozco