1  Kevin P. Courtney, Esq. SBN#76133
   Law Offices of Kevin P. Courtney
2  17415 Monterey Rd. #204
   Morgan Hill, CA 95037-3668
3  Tel: 408-779-5101
   Fax: 408-779-6833
4  e-mail: kpclaw@kpclaw.com

5  Attorney for Defendants
   Jose Eduardo Orozco and
6  Sandra Orozco

7

8                    UNITED STATES DISTRICT COURT
                              FOR THE
9                   NORTHERN DISTRICT OF CALIFORNIA

10 J & J SPORTS PRODUCTIONS, INC.,    Case No.: 5:08-CV-1871

11         Plaintiff,                 STIPULATION TO CONTINUE
                                      CASE MANAGEMENT CONFERENCE
12     vs.

13 JOSE EDUARDO OROZCO, et. al.,

14         Defendants

15

16     The above referenced case is set for a Case Management Conference on August 15, 2008.

17 Judge Fogel has signed an order referring the case to arbitration.

18     Both parties wish to stipulate that the Case Management Conference be continued to the

19 next appropriate date as set by the court.

20

21

22

23

24

25

- 1 -

J & J SPORTS PRODUCTION, INC. v. OROZCO                CASE NO. C 08 01871

1
2  Dated: Tuesday, August 05, 2008          By: _____
                                                Kevin P. Courtney, Esq. SBN#76133
3                                               Law Offices of Kevin P. Courtney
                                                17415 Monterey Rd. #204
4                                               Morgan Hill, CA 95037-3668
                                                Tel: 408-779-5101
5                                               Fax: 408-779-6833
                                                e-mail: kpclaw@kpclaw.com
6  Dated:_____, 2008           By: _____
7                                               Thomas Peter Riley, Esq.
                                                Law Offices of Thomas P. Riley, P.C.
8                                               First Library Square
                                                1114 Fremont Ave.
9                                               South Pasadena, CA 91030-3227
                                                Tel: 626-799-9797
10                                              Fax: 626-799-9795
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -

J & J SPORTS PRODUCTION, INC. v. OROZCO                    CASE NO. C 08 01871

Dated: Tuesday, August 05, 2008    By: _____
Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel: 408-779-5101
Fax: 408-779-6153
e-mail: kpclaw@kpclaw.com

Dated: 8/6/08, 2008    By: _____
Thomas Peter Riley, Esq.
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795

- 2 -