Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel: 408-779-5101
Fax: 408-779-6833
e-mail: kpclaw@kpclaw.com

Attorney for Defendants
Jose Eduardo Orozco and
Sandra Orozco

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No.: C 08 01871** |
| Plaintiff, | **[Proposed] Order Continuing Case Management Conference** |
| vs. | |
| **JOSE EDUARDO OROZCO, et. al.,** | |
| Defendants | |

    The matter having been referred to Arbitration on July 21, 2008, and the parties having filed a stipulation to continue the Case Management Conference;

    IT IS ORDERED that the Case Management in the matter is continued to _____, 2008 at _____ a.m.

_____
Jeremy Fogel
United States District Judge

- 1 -