Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel:  408-779-5101
Fax: 408-779-6833
e-mail: kpclaw@kpclaw.com

Attorney for Defendants
Jose Eduardo Orozco and
Sandra Orozco

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: C 08 01871 |
| Plaintiff, | Rule 26 (f) Report |
| vs. | |
| JOSE EDUARDO OROZCO, et. al., | |
| Defendants | |

　　　Defendants JOSE EDUARDO OROZCO and SANDRA OROZCO disclose pursuant to Rule 26(f) the following:

1. Counsel for Plaintiff and Defendants have had one telephonic conference regarding a joint case management conference and discovery. Subsequent attempts by Defendant' counsel to contact Plaintiff's counsel regarding a joint CMC and Rule 26 disclosures have been unsuccessful. Counsel have stipulated to continue the CMC because of the order to arbitration.

2. Defendants have made their Rule 26 disclosures to Plaintiff concurrent with the filing of this report. Defendants expect that Plaintiff will disclose an investigator who was at the premises on the date of the alleged commercial viewing. Defendants will depose such investigator.

3. There are no issues relating to electronically stored information from the Defendants perspective.

4. Defendants have no claims of privilege.

- 1 -

5. No changes are requested on discovery limitations.

Dated: Thursday, August 07, 2008          By: _____
                                          Kevin P. Courtney, Esq. SBN#76133
                                          Law Offices of Kevin P. Courtney
                                          17415 Monterey Rd. #204
                                          Morgan Hill, CA 95037-3668
                                          Tel:  408-779-5101
                                          Fax:  408-779-6833
                                          e-mail:  kpclaw@kpclaw.com