Kevin P. Courtney, Esq. SBN#76133
Law Offices of Kevin P. Courtney
17415 Monterey Rd. #204
Morgan Hill, CA 95037-3668
Tel: 408-779-5101
Fax: 408-779-6833
e-mail: kpclaw@kpclaw.com

Attorney for Defendants
Jose Eduardo Orozco and
Sandra Orozco

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: C 08 01871 |
| Plaintiff, | Case Management Conference Statement of Defendants Orozco |
| vs. | Date: August 15, 2008 |
| | Time: 10:30 a.m. |
| JOSE EDUARDO OROZCO, et. al., | Judge Jeremy Fogel |
| Defendants | |

Defendants JOSE EDUARDO OROZCO and SANDRA OROZCO submit the following case management statement. Defendants have been unsuccessful in coordinating a case management conference statement with Plaintiff's counsel.

1.  <u>Jurisdiction and service</u>. There is no dispute with respect to jurisdiction or service. Other defendants are named; this defendant is unsure whether they have been served.

2.  <u>Facts</u>. The plaintiff asserts that defendants, at their restaurant Puerto Azul, on April 9th 2005 viewed for their patrons a professional prize fight "Barrera vs. Fana". Defendants acknowledge that they viewed the fight but submit they viewed it in the privacy of a closed in room with only 4 adults and 2 minor children present. It was a personal viewing and not a commercial viewing.

- 1 -

3.   <u>Legal issues</u>.  There is no dispute with respect to the law governing the case.

4.   <u>Motions</u>.  There are no prior or pending motions.  The defendant, at this stage, does not foresee any pretrial motions.

5.   <u>Amendment of Pleadings</u>.  Defendant expects no amendment of pleadings.

6.   <u>Evidence preservation</u>.  Defendant has taken steps to preserve any evidence.  There is no electronic documentation or evidence in this matter.

7.   <u>Disclosures</u>:  Defendant has made full and timely compliance with rule 26.  As of the date of this filing defendant has not received any disclosure from plaintiff.

8.   <u>Discovery</u>.  No discovery has been initiated.  Defendants propose allowing discovery for 90 days after the completion of the arbitration referral process.

9.   <u>Class action</u>.  The matter is not a class action.

10.  <u>Related cases</u>.  There are no related cases

11.  <u>Relief</u>.  Defendants are not seeking monetary relief.

12.  <u>Settlement and ADR</u>:  The matter has been ordered to arbitration.

13.  <u>Consent to Magistrate Judge</u>.  Defendants do not consent to a Magistrate.

14. <u>Other references</u>. The case is not suitable for reference to binding arbitration or special master.

15. <u>Narrowing of issues</u>. The issues are focused and involve a clear factual dispute.

16. <u>Expedited schedule.</u> Defendant does not believe this case is appropriate for an expedited schedule.

17. <u>Scheduling.</u> Discovery cut off should occur 90 days after the arbitration with designations of experts prior thereto.

18. <u>Trial</u>: Defendants have requested a jury trial.

19. <u>Disclosure of interested persons</u>. Both plaintiff and defendant have filed the certification of interested entities under local rule 3-16. The interested parties are summarized below.

**PARTIES**

*Plaintiff,* *J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P. C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227
Telephone: (626) 799-9797
Facsimile: (626) 799-9795

*Defendant,* Jose Eduardo Orozco, individually d/b/a Puerto Azul Restaurant
1072 Lincoln Ave.
San Jose, CA 95125
c/o Kevin P. Courtney, Esq.
17415 Monterey Rd., Ste. 204
Morgan Hill, CA 95037

- 3 -

*Defendant,* Sandra Orozco, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125
c/o Kevin P. Courtney, Esq.
17415 Monterey Rd., Ste. 204
Morgan Hill, CA 95037

*Defendant,* Gary Craig Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125

*Defendant,* Lynne C. Rovai, individually and d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125

*Defendant,* Goosetown, Inc., an unknown business entity d/b/a Puerto Azul Restaurant

1072 Lincoln Ave.
San Jose, CA 95125

Dated: Thursday, August 07, 2008          By: _____
                                          Kevin P. Courtney, Esq. SBN#76133
                                          Law Offices of Kevin P. Courtney
                                          17415 Monterey Rd. #204
                                          Morgan Hill, CA 95037-3668
                                          Tel: 408-779-5101
                                          Fax: 408-779-6833
                                          e-mail: kpclaw@kpclaw.com