Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jose Eduardo Orozco, et al. <br><br> Defendants. | Case No. CV 08-1871 JF <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendants: Gary Craig Rovai and Lynne C. Rovai, individually and d/b/a Puerto Azul Restaurant, *only.*

This Dismissal is made pursuant to FRCP 41 (a).

Dated: August 8, 2008        *s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J Sports Productions, Inc.

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 8, 2008 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

| | |
|---|---|
| Mr. Kevin P. Courtney, Esquire<br>LAW OFFICES OF KEVIN P. COURTNEY<br>17415 Monterey Road, Suite 204<br>Morgan Hill, CA 95037 | Attorneys for Defendants<br>Jose Eduardo Orozco and<br>Sandra Orozco |
| Ernest L. Miller, Esquire<br>MILLER, DOMINO & ACKERMAN<br>1485 Park Avenue, Suite 100<br>San Jose, CA 95126 | Attorneys for Defendants<br>Gary Craig Rovai, Lynne C. Rovai<br>and Goosetown, Inc. |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 8, 2008, at South Pasadena, California.

Dated: August 8, 2008                                            *s/ Emily Stewart*
                                                                **EMILY STEWART**