1  Kevin P. Courtney, Esq. SBN#76133
   Law Offices of Kevin P. Courtney
2  17415 Monterey Rd. #204
   Morgan Hill, CA 95037-3668
3  Tel:  408-779-5101
   Fax: 408-779-6833
4  e-mail:  kpclaw@kpclaw.com

5  Attorney for Defendants
   Jose Eduardo Orozco and
6  Sandra Orozco

7

8                UNITED STATES DISTRICT COURT
                         FOR THE
9                NORTHERN DISTRICT OF CALIFORNIA

10 J & J SPORTS PRODUCTIONS, INC.,      Case No.: C 08 01871

11        Plaintiff,                    [Proposed] Order Continuing Case
                                        Management Conference
12    vs.

13 JOSE EDUARDO OROZCO, et. al.,

14        Defendants

15

16    The matter having been referred to Arbitration on July 21, 2008, and the parties having filed a stipulation to continue the Case Management Conference;

17

18    IT IS ORDERED that the Case Management in the matter is continued to __October 31__, 2008 at __10:30__ a.m.

19 Dated: 8/12/08

20 _____
   Jeremy Fogel
21 United States District Judge

- 1 -

J & J SPORTS PRODUCTION, INC. v. OROZCO                CASE NO. C 08 01871