# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc. | 5:08-cv-01871-JF JF ARB |
| Plaintiff(s), | **Notice of Appointment of Arbitrator** |
| v. | |
| Orozco | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the partjboos@prestongates.comies and counsel that the Arbitrator(s) assigned to this case is (are):

John L. Boos
Preston Gates & Ellis, LLP
55 Second St., Suite 1700
San Francisco, CA 94105
Tel: 415-882-8200
Fax: 415-882-8220
jboos@prestongates.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 4 which governs the Arbitration program.  The arbitrator will schedule a joint phone conference with counsel under ADR L.R. 4-8 and will set the date of the Arbitration hearing within the deadlines set by ADR L.R. 4-5 or the court order referring this action to Arbitration. **The hearing date shall not be continued or vacated except for emergencies as established in writing and approved by the assigned Judge**.  The court permits the arbitrator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Arbitrator**
5:08-cv-01871-JF JF ARB           - 1 -

United States District Court
Northern District of California

Counsel are reminded that the written arbitration statements required by ADR L. R. 4-7 shall NOT be filed with the court.

Dated: September 2, 2008

RICHARD W. WIEKING
Clerk
by: Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

cc: Arbitrator(s)