1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  **Attorneys for Plaintiff**
   **J&J SPORTS PRODUCTIONS, INC.**
7

8              UNITED STATES DISTRICT COURT
                       FOR THE
9            NORTHERN DISTRICT OF CALIFORNIA

10

11  **J&J SPORTS PRODUCTIONS, INC.**       | **CASE NO. 5:08-cv-01871-JF**
12

13          PLAINTIFF,                      | **STIPULATION TO CONTINUE
                                            | ADR DEADLINE AND ORDER**
14          VS.                             | ~~(Proposed)~~
15

16  **JOSE EDWARD OROZCO, ET AL.**

17          DEFENDANTS.

18

19

20  **TO THIS HONORABLE COURT:**

21      By and through their counsel, Plaintiff J&J Sports Productions, Inc., and

22  Defendants Jose Edward Orozco, Sandra Orozco, and Goosetown, Inc. hereby agree,

23  stipulate, and respectfully request that this Honorable Court continue the ADR

24  deadline in the above entitled action from October 20, 2008 to December 31, 2008.

25  This brief extension of time is mutually requested for the following reasons.

26      1.    Defendants Goosetown, Inc. has only recently responded to the

27  complaint plaintiff filed in the instant action. Specifically, Defendant

28

STIPULATION TO CONTINUE ADR DEADLINE AND ORDER
(Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 1

Goosetown, Inc. filed its answer on Tuesday, October 7, 2008; three days ago.

2.     As of this writing, there has been no Case Management Conference conducted in the action. The initial Case Management Conference, originally set for August 15, 2008 at 10:30 AM was continued to October 31, 2008. As a result there has been no scheduling order from the Court.

3.     Because two original defendants were only recently dismissed and another original defendant only recently answered, the parties have withheld commencing discovery until the disposition of the defendant parties was fully clarified.

4.     Prior to conducting any arbitration in this action, the parties require discovery on several issues central to the various claims and defenses of the parties.

5.     The assigned arbitrator in this action is agreeable to the ADR extension proposed by counsel for the plaintiff and answering defendants. Specifically, on October 9, 2008 the undersigned counsel and arbitrator John Boos mutually cleared Tuesday, December 16, 2008 at 12:30pm as the new date and time to conduct the arbitration in this action.

///

///

///

///

///

///

///

///

///

STIPULATION TO CONTINUE ADR DEADLINE AND ORDER
(Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 2

1    **WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY

2    REQUESTED BY THE PARTIES that this Honorable Court extend the ADR

3    deadline to December 31, 2008.

4

5                                    Respectfully submitted,

6

7

8
     Dated: October 10, 2008
9
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                 By: Thomas P. Riley
                                   Attorneys for Plaintiff
11                                 J&J Sports Productions, Inc.

12

13

14

15

16   Dated:                        SEE ATTACHED
                                   **LAW OFFICE OF KEVIN P. COURTNEY**
17                                 By: Kevin P. Courtney
                                   Attorneys for Defendants
18                                 Jose Eduardo Orozco, Sandra Orozco
                                   and Goosetown Inc.
19

20

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

     **STIPULATION TO CONTINUE ADR DEADLINE AND ORDER**
     **(Proposed)**
     **CASE NO. 5:08-cv-01871-JF**
     **PAGE 3**

1    WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY

2    REQUESTED BY THE PARTIES that this Honorable Court extend the ADR

3    deadline to December 31, 2008.

4

5                              Respectfully submitted,

6

7

8

9    Dated: October 10, 2008
                              LAW OFFICES OF THOMAS P. RILEY, P.C.
10                            By: Thomas P. Riley
                              Attorneys for Plaintiff
11                            J&J Sports Productions, Inc.

12

13

14

15

16    Dated:    10/10/2008
                              LAW OFFICE OF KEVIN P. COURTNEY
17                            By: Kevin P. Courtney
18                            Attorneys for Defendants
                              Jose Eduardo Orozco, Sandra Orozco
19                            and Goosetown Inc.
20

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION TO CONTINUE ADR DEADLINE AND ORDER
(Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 3

## <u>ORDER</u> (Proposed)

**IT IS HEREBY** ordered that the ADR deadline in the above-entitled action is hereby extended from October 20, 2008, to December 31, 2008.

Plaintiff shall serve a copy of this Order on all defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated: _10/14/08_____

**Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

STIPULATION TO CONTINUE ADR DEADLINE AND ORDER
(Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 4

## PROOF OF SERVICE (SERVICE BY FAX AND FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 10, 2008, I served:

**STIPULATION TO CONTINUE ADR DEADLINE AND ORDER (Proposed)**

On all parties in said cause by transmitting a true copy thereof by Facsimile and First Class Mail and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kevin P. Courtney, Esquire
Attorneys for Defendants
**LAW OFFICE OF KEVIN P. COURTNEY**
17415 Monterey Rd., #204
Morgan Hill, CA 95037

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 10, 2008, at South Pasadena, California.

Dated: October 10, 2008          _/s/Danielle Alvarado_
                                  DANIELLE ALAVARADO

STIPULATION TO CONTINUE ADR DEADLINE AND ORDER
(Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 5