Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

**E-Filed 10/27/08**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J&J SPORTS PRODUCTIONS, INC.**

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.** | **CASE NO. 5:08-cv-01871-JF** |
| **PLAINTIFF,** | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** ~~(Proposed)~~ |
| **VS.** | |
| **JOSE EDWARD OROZCO, ET AL.** | |
| **DEFENDANTS.** | |

## TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff J&J Sports Productions, Inc., and

Defendants Jose Edward Orozco, Sandra Orozco, and Goosetown, Inc. hereby agree,

stipulate, and respectfully request that this Honorable Court continue the Case

Management Conference in the above entitled action from October 31, 2008 to a

date the second or third week in January 2009.

This brief extension of time is mutually requested for the following reasons:

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 1

1.     Defendants Goosetown, Inc. has only recently responded to the complaint plaintiff filed in the instant action. Specifically, Defendant Goosetown, Inc. filed its answer on Tuesday, October 7, 2008.

2.     Because two original defendants were only recently dismissed and another original defendant only recently answered, the parties have withheld commencing discovery until the disposition of the defendant parties was fully clarified. Similarly, counsel for the parties have not yet made disclosures to each other but they will be doing so shortly, since the proper parties- and only the proper parties- now remain in the case and each have now responded to initiating suit papers.

3.     Prior to participating in a case management conference the parties request the opportunity to make the required disclosures, conduct discovery, as well as complete the arbitration presently scheduled in this action for December 16, 2008.

4.     Plaintiffs' counsel office will be closed for the holidays from December 22, 2008 to January 5, 2009. Plaintiff requests that the case management conference be calendared for the second or third week of January 2009, so that the parties can continue forward if disposition of the action is not reached at the arbitration in December.

///

///

///

///

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 2

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that this Honorable Court continue the case management conference in this action for October 31, 2008 to a date in the second or third week of January 2009.

Respectfully submitted,

Dated: October 24, 2008

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated:

see attached
**LAW OFFICE OF KEVIN P. COURTNEY**
By: Kevin P. Courtney
Attorneys for Defendants
Jose Eduardo Orozco, Sandra Orozco
and Goosetown Inc.

///

///

///

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 3

WHEREFORE, IT IS HEREBY STIPULATED BY AND RESPECTFULLY
REQUESTED BY THE PARTIES that this Honorable Court continue the case
management conference in this action for October 31, 2008 to a date in the second or
third week of January 2009.

Respectfully submitted,

Dated: October 24, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated: 10/24/08

LAW OFFICE OF KEVIN P. COURTNEY
By: Kevin P. Courtney
Attorneys for Defendants
Jose Eduardo Orozco, Sandra Orozco
and Goosetown Inc.

///
///
///
///
///
///
///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 3

## ORDER (Proposed)

**IT IS HEREBY** ordered that the case management conference in the above-entitled action is hereby continued from October 31, 2008, to January 29, 2009                                                   .

Plaintiff shall serve a copy of this Order on the defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____          Dated:  _10/27/08_____
**Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

/// 
/// 
/// 
/// 
/// 
/// 

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 4

## PROOF OF SERVICE (SERVICE BY FAX AND FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 24, 2008, I served:

### STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (Proposed)

On all parties in said cause by transmitting a true copy thereof by Facsimile and First Class Mail and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kevin P. Courtney, Esquire
Attorneys for Defendants
LAW OFFICE OF KEVIN P. COURTNEY
17415 Monterey Rd., #204
Morgan Hill, CA 95037

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 24, 2008, at South Pasadena, California.

Dated: October 24, 2008          _/s/Danielle Alvarado_
                                 DANIELLE ALAVARADO

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ORDER (Proposed)
CASE NO. 5:08-cv-01871-JF
PAGE 5