Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Eduardo Orozco, et al.<br><br>Defendants. | CASE NO. CV 08-1871 JF<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE EDUARDO OROZCO, SANDRA OROZCO, individually and d/b/a PUERTO AZUL RESTAURANT and GOOSETOWN, INC., an unknown business entity d/b/a PUERTO AZUL RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE EDUARDO OROZCO, SANDRA OROZCO, individually and d/b/a Puerto Azul Restaurant and GOOSETOWN, INC., an unknown business entity d/b/a PUERTO AZUL RESTAURANT that the above-entitled action is hereby dismissed **without prejudice** against JOSE EDUARDO OROZCO, SANDRA OROZCO, individually and d/b/a Puerto Azul Restaurant and GOOSETOWN, INC., an unknown business entity d/b/a PUERTO AZUL RESTAURANT to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 12, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 9, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

Please see attached
**LAW OFFICES OF KEVIN P. COURTNEY**
By: Kevin P. Courtney
Attorneys for Defendants

**IT IS SO ORDERED:**

_____
The Honorable Jeremy Fogel
United States District Court
Northern District of California

Dated: 1/14/09

Dated: December 9, 2008

s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 12/11/08

**LAW OFFICES OF KEVIN P. COURTNEY**
By: Kevin P. Courtney
Attorneys for Defendants

**IT IS SO ORDERED:**

_____        Dated:_____

**The Honorable Jeremy Fogel**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 9, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE EDUARDO OROZCO, SANDRA OROZCO, individually and**

STIPULATION OF DISMISSAL
CV 08-1871 JF
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 9, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE EDUARDO OROZCO, SANDRA OROZCO, individually and d/b/a PUERTO AZUL RESTAURANT and GOOSETOWN, INC., an unknown business entity d/b/a PUERTO AZUL RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kevin P. Courtney, Esquire            Attorneys for Defendants
LAW OFFICES OF KEVIN P. COURTNEY
17415 Monterey Rd., Suite 204
Morgan Hills, CA 95037

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 9, 2008, at South Pasadena, California.

Dated: December 9, 2008

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-1871 JF
PAGE 3